1  NICOLA T. HANNA
   United States Attorney
2  DAVID M. HARRIS
   Assistant United States Attorney
3  Chief, Civil Division
   CEDINA M. KIM
4  Assistant United States Attorney
5  Senior Litigation Counsel, Civil Division
   MICHAEL K. MARRIOTT, CSBN 280890
6  Special Assistant United States Attorney
7        Social Security Administration
8        160 Spear Street, Suite 800
         San Francisco, CA 94105-1545
9        Telephone: (415) 977-8985
10       Facsimile: (415) 744-0134
         Email: Michael.Marriott@ssa.gov
11

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LAQUINN ROSS, | Case No. 5:18-cv-00955-ADS |
| Plaintiff, | |
| v. | **JUDGMENT OF REMAND** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrently with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: February 15, 2019    /s/ Autumn D. Spaeth
UNITED STATES MAGISTRATE JUDGE